UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SAMUEL ROSS     CIVIL ACTION

VERSUS     NO. 12-0973

JAMES LEBLANC     SECTION: "G" (1)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's motion for summary judgment,[1] is **DENIED** and that his petition for federal *habeas corpus* relief[2] is **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA**, this  15th  day of August, 2013.

                                           **NANNETTE JOLIVETTE BROWN**
                                           UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 19.

[2] Rec. Doc. 1.

1